Slip Op. 03 - 109

# *UNITED STATES COURT OF INTERNATIONAL TRADE*

| | |
|---|---|
| AMERICAN SILICON TECHNOLOGIES, ELKEM METALS COMPANY, GLOBE METALLURGICAL, INC. and SKW METALS & ALLOYS, INC., | : : : : : |
| Plaintiffs, | : : : |
| v. | : : **Before: MUSGRAVE, JUDGE** |
| UNITED STATES | : : Consolidated Court No. 97-02-00267 |
| Defendant, | : : : |
| and | : : : |
| COMPANHIA BRASILEIRA CARBURETO DE CALCIO, COMPANHIA FERROLIGAS MINAS GERIAS-MINASLIGAS and RIMA INDUSTRIAL S/A, | : : : : : : |
| Defendant-Intervenors. | : : : |

**ORDER**

In view of the decision of the Court of Appeals for the Federal Circuit, *American Silicon Technologies v. United States*, 334 F.3d 1033 (Fed. Cir. 2003), it is hereby

**ORDERED** that, the Department of Commerce's *Remand Results* are remanded again for a determination consistent with the appellate decision; and it is further

**ORDERED** that Commerce shall have 90 days to submit its remand determination. The parties shall then have 30 days to submit comments on the remand determination. Any rebuttal comments shall be submitted within 15 days thereafter.

_____
R. KENTON MUSGRAVE, JUDGE

Dated:  August 25, 2003
        New York, New York